UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 21-3028

| | |
|---|---|
| ERIC HOLCOMB, in his official capacity as Governor of Indiana, TERRY STIGDON, in her official capacity as Director, Indiana Department of Child Services, and INDIANA DEPARTMENT OF CHILD SERVICES,<br><br>Appellants (Defendants Below),<br><br>v.<br><br>ASHLEY W. and BETTY W., minors, by Next Friend Denise Durnell, *et al.*,<br><br>Appellees (Plaintiffs Below). | Appeal from the<br>United States District Court<br>Southern District of Indiana<br><br>District Court Case No.<br>3:19-cv-00129-RLY-MPB<br><br>The Honorable<br>Richard L. Young, District Judge |

## APPELLANTS' VERIFIED BILL OF COSTS

Pursuant to Fed. R. App. P. 39 and the rates as set by the Clerk of this Court, the undersigned counsel of record for Defendants-Appellants, Indiana Department of Child Services (DCS) and the other State Defendants (Governor Eric Holcomb and DCS Director Terry Stigdon, named in their official capacities) ("Appellants" or "State Defendants"), provide the following itemized and verified bill of costs, setting forth costs that Appellants request from the Next Friends (not the recruited Plaintiffs-Appellees):

1

1.  **Clerk Filing Fee**

    Filing Fee of the Clerk of the Seventh Circuit
    For docketing of the appeal                             $    505.00[1]

    **Total Clerk Fees:**                                   **$    505.00**

2.  **Reproduction costs**

    Brief of Appellants
    (90 pages @ $0.10 per page x 19 copies)[2]              $    171.00

    Covers (front and back) of Appellants' Brief
    (19 copies x 2 covers per document at
    $2.00 per cover)                                        $     76.00

    Binding of Appellants' Brief
    (19 copies @ $2.00 per document)                        $     38.00

    Appellants' Appendix
    (96 pages @ $0.10 per page x 13 copies)[3]              $    124.80

    Covers (front and back) of Appellants' Appendix
    (13 copies x 2 covers per document
    at $2.00 per cover)                                     $     52.00

---

[1] <u>Exhibit A</u> attached to this Verified Bill of Costs is documentation confirming payment of the filing fee.

[2] Pursuant to Fed. R. App. Proc. 31 and 7th Cir. R. 31, 15 copies of the Opening Brief of Appellants were filed with the Court, two service copies were provided to Appellees' counsel, and two copies were necessarily retained for client and counsel in connection with preparation for oral argument.

[3] Pursuant to Fed. R. App. Proc. 30 and 7th Cir. R. 30, 10 copies of the Appendix were filed with the Court, a service copy was provided to Appellees' counsel, and two copies were necessarily retained for client and counsel in connection with preparation for oral argument.

| | | |
|---|---|---|
| Binding of Appellants' Appendix (13 copies @ $2.00 per document) | $ | 26.00 |
| Appellants' Reply Brief (30 pages @ $0.10 per page x 19 copies)[4] | $ | 57.00 |
| Covers (front and back) of Appellants' Reply Brief (19 copies x 2 covers per document at $2.00 per cover) | $ | 76.00 |
| Binding of Appellants' Reply Brief (19 copies @ $2.00 per document) | $ | 38.00 |
| **Total Copying, Binder, and Cover Costs:** | **$** | **658.80** |
| **Total Recoverable Costs:** | **$** | **1,163.80** |

I declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this appeal and that the services for which costs have been charged were actually and necessarily performed.

Date:  May 31, 2022                                    Respectfully submitted,

                                                        /s/John R. Maley
                                                       John R. Maley [#14300-89]
                                                       BARNES & THORNBURG LLP
                                                       11 South Meridian Street
                                                       Indianapolis, Indiana  46204
                                                       Telephone:  (317) 236-1313
                                                       Facsimile:  (317) 231-7433
                                                       john.maley@btlaw.com

---

[4] Pursuant to Fed. R. App. Proc. 31 and 7th Cir. R. 31, 15 copies of the Reply Brief of Appellants were filed with the Court, two service copies were provided to Appellees' counsel, and two copies were necessarily retained for client and counsel in connection with preparation for oral argument.

                                  Counsel for Appellants
                                  Eric Holcomb,
                                  Terry Stigdon, and
                                  Indiana Department of Child Services

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically submitted the foregoing "Verified Bill of Costs" to the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit via the Court's CM-ECF and all counsel of record were served electronically via CM-ECF.

                                                      */s/John R. Maley*
                                                      John R. Maley [#14300-89]

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 21-3028

| | |
|---|---|
| ERIC HOLCOMB, in his official capacity as Governor of Indiana, TERRY STIGDON, in her official capacity as Director, Indiana Department of Child Services, and INDIANA DEPARTMENT OF CHILD SERVICES,<br><br>　　Appellants (Defendants Below),<br><br>　　　　v.<br><br>ASHLEY W. and BETTY W., minors, by Next Friend Denise Durnell, *et al.*,<br><br>　　Appellees (Plaintiffs Below). | Appeal from the<br>United States District Court<br>Southern District of Indiana<br><br>District Court Case No.<br>3:19-cv-00129-RLY-MPB<br><br>The Honorable<br>Richard L. Young, District Judge |

# Exhibit A – Receipt for Payment of Seventh Circuit Filing Fee

# Expense Report

Report ID: 0100-4838-1294

| | |
|---|---|
| Report Name | DCS Ashley appellate filing fee |
| Expense Owner | John R. Maley |
| Expense Owner ID | JRM / 00855 |
| Created By | Dawn Scott |
| Submit Date | Nov 10, 2021 |
| To Be Paid In | USD |



Please place this cover sheet in front of hardcopy receipt pages and then scan or fax to:
Email: expense@chromefile.com     Fax: (214) 540-1162

## Financial Summary

| | Total (USD) |
|---|---|
| Total Expenses Reported | 505.00 |
| Less Company Paid | 505.00 |
| Amount Due Expense Owner | 0.00 |

## Expense Summary

| Expense Type | Total (USD) |
|---|---|
| Filing Fees | 505.00 |
| Total | 505.00 |

## Allocation

| Allocations Charged | | Total (USD) |
|---|---|---|
| 64894-3 | INDIANA | 505.00 |
| DURNELL, ET AL., V. INDIANA DCS, ET AL. | | |
| Total | | 505.00 |

This document may contain confidential and/or privileged information. If you are not the intended recipient, or the person responsible for delivering to the person addressed, please notify the sender immediately and destroy this material. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.



Expense Details

Report ID: 0100-4838-1294

Expense Report

DCS Ashley appellate filing fee

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---:|---:|
| 1 | 10/29/2021 | | 032-PR | Filing Fees | 505.00 USD | 0.00 USD |
| Business Purpose Description |  | Mastercard - COURTS/USDC-IN-S - 10/29/2021 - filing fee for appeal  Receipt Attached:Yes  Firm Paid: Yes   Source: Mastercard Credit Card | | | | |
| Allocations | | 64894-3 | INDIANA DEPARTM | DURNELL, ET AL., V. | | 505.00 USD |
| | | FeedID  MCC | | 5888  9211 | | |

Case: 21-3028        Document: 49        Filed: 05/31/2022        Pages: 15

**Scott, Dawn**

---

| | |
|---|---|
| **From:** | Larrison, Roxanne |
| **Sent:** | Friday, October 29, 2021 1:01 PM |
| **To:** | Scott, Dawn |
| **Subject:** | AN   Dawn      505 Receipt - FW: [EXTERNAL]Activity in Case 3:19-cv-00129-RLY-MPB ASHLEY W. et al v. HOLCOMB et al USCA Appeal Fees |

Appellate fee paid $505.

**Roxanne Larrison** | Paralegal
Barnes & Thornburg LLP
11 South Meridian Street, Indianapolis, IN 46204-3535
Direct: (317) 231-7440 | Mobile: (317) 341-0063 | Fax: (317) 231-7433



Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Ohio | Texas | Washington, D.C.

**Roxanne Larrison** | Paralegal
Direct: (317) 231-7440 | Mobile: (317) 341-0063
Indianapolis, IN



**From:** insd_cmecf@insd.uscourts.gov <insd_cmecf@insd.uscourts.gov>
**Sent:** Friday, October 29, 2021 12:58 PM
**To:** nef@insd.uscourts.gov
**Subject:** [EXTERNAL]Activity in Case 3:19-cv-00129-RLY-MPB ASHLEY W. et al v. HOLCOMB et al USCA Appeal Fees

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTICE***The electronically filed document(s) may be viewed **once** at no charge by clicking on the Document Number hyperlink (example -**21**). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

**Notice of Electronic Filing**

1

The following transaction was entered on 10/29/2021 at 12:58 PM EDT and filed on 10/29/2021 .
**Case Name:**         ASHLEY W. et al v. HOLCOMB et al
**Case Number:**     3:19-cv-00129-RLY-MPB
**Filer:**
**Document Number:** 195(No document attached)

**Docket Text:**
**USCA Appeal Fees received from Barnes and Thornburg in the amount of $ 505.00, receipt number IP076549 re [194] Notice of Appeal filed by ERIC HOLCOMB, TERRY STIGDON, DEPARTMENT OF CHILD SERVICES (USCA #21-8031) (REO)**


**3:19-cv-00129-RLY-MPB Notice has been electronically mailed to:**

John R. Maley     jmaley@btlaw.com, creed@btlaw.com, dscott@btlaw.com, roxanne.larrison@btlaw.com

Peter J. Rusthoven     peter.rusthoven@btlaw.com

Justin Curtis Greene     curtis.greene@btlaw.com, becky.banks@btlaw.com

Melissa Keyes     mkeyes@indianadisabilityrights.org, KDulaney@indianadisabilityrights.org, melissa.l.keyes@gmail.com

Nikki G. Gray     ngray@indianadisabilityrights.org, KDulaney@IndianaDisabilityRights.org, caledezma@indianadisabilityrights.org

Dylan Pittman     dylan.pittman@btlaw.com, dylanpittman3@gmail.com

Anastasia Benedetto     abenedetto@abetterchildhood.org, egallagher@abetterchildhood.org

Carrie J. Bodner     carrie.bodner@kirkland.com, ecf-bd6317641dae4@ecf.pacerpro.com, kenymanagingclerk@kirkland.com

Kristen L. Bokhan     kristen.bokhan@kirkland.com, kenymanagingclerk@kirkland.com

Kara Eileen Cheever     kara.cheever@kirkland.com, kenymanagingclerk@kirkland.com

Marcia Robinson Lowry     mlowry@abetterchildhood.org, 8580637420@filings.docketbird.com, jmacdonald@abetterchildhood.org

Aaron Harvey Marks     aaron.marks@kirkland.com

Allison Mahoney     amahoney@abetterchildhood.org

**3:19-cv-00129-RLY-MPB Notice has not been electronically mailed to:**

Aarti Iyer
A Better Childhood
355 Lexington Avenue

Floor 16
New York, NY 10017

Sarah Jaffe
A BETTER CHILDHOOD
355 Lexington Avenue
Floor 16
New York, NY 10017

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 21-3028

| | |
|---|---|
| ERIC HOLCOMB, in his official capacity as Governor of Indiana, TERRY STIGDON, in her official capacity as Director, Indiana Department of Child Services, and INDIANA DEPARTMENT OF CHILD SERVICES,<br><br>Appellants (Defendants Below),<br><br>v.<br><br>ASHLEY W. and BETTY W., minors, by Next Friend Denise Durnell, *et al.*,<br><br>Appellees (Plaintiffs Below). | Appeal from the<br>United States District Court<br>Southern District of Indiana<br><br>District Court Case No.<br>3:19-cv-00129-RLY-MPB<br><br>The Honorable<br>Richard L. Young, District Judge |

# Declaration of Thomas Fisher in Support of Verified Bill of Costs

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 21-3028

| | |
|---|---|
| ERIC HOLCOMB, in his official capacity as Governor of Indiana, TERRY STIGDON, in her official capacity as Director, Indiana Department of Child Services, and INDIANA DEPARTMENT OF CHILD SERVICES, <br><br> Appellants (Defendants Below), <br><br> v. <br><br> ASHLEY W. and BETTY W., minors, by Next Friend Denise Durnell, *et al.*, <br><br> Appellees (Plaintiffs Below). | Appeal from the United States District Court Southern District of Indiana <br><br> District Court Case No. 3:19-cv-00129-RLY-MPB <br><br> The Honorable Richard L. Young, District Judge |

## DECLARATION IN SUPPORT OF APPELLANTS' VERIFIED BILL OF COSTS

The undersigned, having been duly sworn, deposes and states:

1. I am an adult and the Indiana Solicitor General, and have served as one of the attorneys serving as counsel for Appellants in the above-captioned appeal. Based upon my own participation in this action, I have personal familiarity with the nature, scope, and extent of work done on behalf of Appellants, including, specifically, the costs incurred and sought by Appellants' Bill of Costs. This Declaration is based upon my

1

own personal knowledge and, if called as a witness, I could and would competently testify to the facts set forth herein.

    2.    With respect to each item described herein and in Appellants' Verified Bill of Costs, I verify that:

        (a)    The items claimed as costs are correct;

        (b)    The costs have been necessarily incurred in this case;

        (c)    The costs have been paid or the obligation for the payment has been incurred.

    3.    <u>Clerk Filing Fee</u>.    Appellants necessarily incurred the Seventh Circuit Court of Appeals' filing fee to the Clerk of $505.00 for docketing of the appeal.

The total recoverable Clerk fees are **$505.00**.

    4.    <u>Copying, Reproduction, Covers, and Binding Costs</u>.    The following expenses were necessarily incurred in providing paper copies of the briefing and appendices to the Clerk of the Court, service on Appellees' counsel, and retention by Appellants' counsel to assist with preparation for oral argument. These charges are based on Seventh Circuit permissible rates of $.10 per page for copies, $2.00 per cover, and $2.00 per binding as outlined in the verified bill of costs and itemized below:

Brief of Appellants
(90 pages @ $0.10 per page x  19 copies)[1]        $    171.00

---

[1] Pursuant to Fed. R. App. Proc. 31 and 7th Cir. R. 31, 15 copies of the Opening Brief of Appellants were filed with the Court, two service copies were provided to Appellees' counsel, and two copies were necessarily retained for client and counsel in connection with preparation for oral argument.

| | | |
|---|---|---|
| Covers (front and back) of Appellants' Brief (19 copies x 2 covers per document at $2.00 per cover) | $ | 76.00 |
| Binding of Appellants' Brief (19 copies @ $2.00 per document) | $ | 38.00 |
| Appellants' Appendix (96 pages @ $0.10 per page x 13 copies)[2] | $ | 124.80 |
| Covers (front and back) of Appellants' Appendix (13 copies x 2 covers per document at $2.00 per cover) | $ | 52.00 |
| Binding of Appellants' Appendix (13 copies @ $2.00 per document) | $ | 26.00 |
| Appellants' Reply Brief (30 pages @ $0.10 per page x 19 copies)[3] | $ | 57.00 |
| Covers (front and back) of Appellants' Reply Brief (19 copies x 2 covers at $2.00 per document) | $ | 76.00 |
| Binding of Appellants' Reply Brief (19 copies @ $2.00 per document) | $ | 38.00 |

The total recoverable costs for copying, cover, and binding costs are **$658.80**.

---

[2] Pursuant to Fed. R. App. Proc. 30 and 7th Cir. R. 30, 10 copies of the Appendix were filed with the Court, a service copy was provided to Appellees' counsel, and two copies were necessarily retained for client and counsel in connection with preparation for oral argument.

[3] Pursuant to Fed. R. App. Proc. 31 and 7th Cir. R. 31, 15 copies of the Reply Brief of Appellants were filed with the Court, two service copies were provided to Appellees' counsel, and two copies were necessarily retained for client and counsel in connection with preparation for oral argument.

In sum, Appellants are requesting that $1,163.80 be taxed against the Next Friends (not the recruited Plaintiffs-Appellees) as is authorized by Rule 39 of the Federal Rules of Appellate Procedure, Circuit Rule 39, 28 U.S.C. § 1920, and applicable law.

I declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this appeal and that the services for which costs have been charged were actually and necessarily performed.

Date:  May 31, 2022                     /s/ *Thomas M. Fisher*
                                                              Thomas M. Fisher
                                                              Solicitor General